IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LAURENCE RICE *ex rel.* SHARON RICE,

                              Plaintiff,

     v.

JOANNE B. BARNHART, Commissioner of
Social Security,

                              Defendant.

Civil  No. 04-783-CO

O R D E R

          Magistrate Judge Cooney filed his Findings and Recommendation on March 29, 2005.

The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No

objections have been timely filed.  This relieves me of my obligation to give the factual

findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

          THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and

Recommendation.

          Dated this   22   day of April, 2005.


                              _____
                                   /s/ Ann Aiken
                              Ann Aiken, United States District Judge

Order -- Page 1