Floyd H. Shebley, OSB No.78083
419 Fifth Street
P.O. Box 1717
Oregon City, OR 97045
Tel.: (503) 655-5500
Fax.: (503) 656-8481
shebleylaw@qwest.net
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURENCE RICE** *ex rel* **SHARON RICE**, Plaintiff, <br> v. <br> **JO ANNE B. BARNHART,** <br> Commissioner of Social Security, <br> Defendant. | Civil No. 04-783-CO <br><br> <u>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA")</u> |

Pursuant to 28 U.S.C.A. Section 2412, and based upon the stipulation of the parties hereto, defendant shall pay plaintiff's counsel an attorney fee in the sum of $2,580.00 for the services he performed in this U.S. District Court proceeding.

IT IS SO ORDERED.

Dated: 5/5/05

_____
~~John P. Cooney, U.S. Magistrate Judge~~
Ann Aiken, District Judge